# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **POKHUNDUTH VICKASH THOREE,**<br><br>Plaintiff,<br><br>v.<br><br>**TRAFFIC MONSOON, LLC, a Utah limited liability company; and CHARLES DAVID SCOVILLE, an individual,**<br><br>Defendants. | **ORDER**<br><br><br>**Case No. 2:16-cv-00972-JCB**<br><br><br>**Magistrate Judge Jared C. Bennett** |

Before the court is pro se Plaintiff Pokhunduth Vickash Thoree's ("Plaintiff"): (1) motion for an extension of the deadline to serve a summons and the complaint on Defendants Charles David Scoville ("Mr. Scoville") and Traffic Monsoon, LLC ("Traffic Monsoon") (collectively, "Defendants"); and (2) for leave to serve Defendants through alternative means.[1] For the reasons explained below, the court grants Plaintiff's motion for an extension of the deadline to serve Defendants and denies without prejudice Plaintiff's motion for alternative service.

First, for good cause shown, the court grants Plaintiff's motion for an extension of the deadline to serve Defendants. The court provides Plaintiff with an additional fourteen days after the previous deadline of January 30, 2026, set by the court.[2] Thus, Plaintiff must properly serve Defendants on or before February 13, 2026.

---

[1] ECF No. 20.
[2] ECF No. 15.

Second, the court denies without prejudice Plaintiff's motion for leave to serve Defendants through alternative means. Although Plaintiff establishes that alternative service is appropriate, Plaintiff fails to provide sufficient information about the requested means of alternative service. Plaintiff requests leave to serve Defendants "by email"[3] but fails to identify an email address for either Mr. Scoville or Traffic Monsoon. Without that information, the court is unwilling to grant Plaintiff with leave to serve Defendants through email. Therefore, the court denies without prejudice Plaintiff's motion for alternative service. Plaintiff may renew the motion, but the court will not consider granting it unless it: (1) identifies a valid email address for Mr. Scoville and a valid email address for Traffic Monsoon; and (2) provides reasons showing that service through the identified email addresses is reasonably calculated to provide Defendants with notice of this case.

**ORDER**

For the reasons stated above, the court HEREBY ORDERS:

1. Plaintiff's motion for an extension of the deadline to serve Defendants is GRANTED.

2. Plaintiff must properly serve Defendants on or before February 13, 2026.

3. Plaintiff's motion for leave to serve Defendants through alternative means is DENIED WITHOUT PREJUDICE.

4. Plaintiff may renew the motion for alternative service, but the court will not consider granting it unless it complies with the requirements set forth above.

---

[3] ECF No. 20 at 1.

IT IS SO ORDERED.

DATED this 28th day of January 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge